# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### Civil Action No. 3:15-cv-00511-MOC-DSC

| | |
|---|---|
| **JENNIFER SHAOULI**, Individually and on Behalf of all Others Similarly Situated, | |
| Plaintiff, | |
| v. | |
| **BANK OF AMERICA CORPORATION**, | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION TO TRANSFER

Having considered the joint stipulation to transfer filed by Plaintiff Jennifer Shaouli (hereinafter "Plaintiff") and Bank of America Corporation (hereinafter "Defendant"), the Court hereby **GRANTS** the joint stipulation (document #16) and **ORDERS** as follows:

1.   This action by Plaintiff is hereby **TRANSFERRED** to the Middle District of Florida where the matter of *Swift v. Bank of America Corporation, et al.*, No. 3:14-cv-01539-HES-PDB (M.D. Fla., filed Dec. 31, 2014) is pending, pursuant to the First Filed Rule; and,

2.   Defendant's Motion to Dismiss, Stay or Transfer this action (document #13) is hereby **DENIED AS MOOT**.

   **SO ORDERED**.

Signed: January 21, 2016

David S. Cayer
United States Magistrate Judge